# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00223-CV

**Mark S Kemple and Charlene Patricia Kemple, Appellants**

**v.**

**Texas Residential Management, Kevin Shae, and Haydee Shae, Appellees**

### FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 21CCV91476, THE HONORABLE JEANNE PARKER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants and appellees have filed a joint motion for entry of agreed judgment, representing that the parties have agreed to settlement of this appeal and asking this Court to render judgment setting aside the trial court's final judgment without regard to the merits and remanding this case to the trial court for the filing of a take-nothing judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). We grant the joint motion, set aside the trial court's judgment without regard to the merits, and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.*

_____

Thomas J. Baker, Justice

Before Justices Baker, Kelly, and Smith

Vacated and Remanded on Joint Motion

Filed: December 30, 2022